UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEFFREY M. WILTSE,<br>Plaintiff,<br>v.<br>UHS OF SPRING MOUNTAIN, INC.; LINDY LAY,<br>Defendant. | Case No. 2:26-cv-02330-JAD-EJY<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff initiated this lawsuit on July 30, 2026 with an application to proceed *in forma pauperis* and a civil rights complaint. ECF Nos. 1, 1-1. Thereafter, the Clerk of Court mailed Plaintiff a notice relating to case assignment; however, because the address Plaintiff provided stated only "Las Vegas, NV," the mail was returned as undeliverable. ECF Nos. 1-1, 4. Thus, on August 13, 2026, the Court issued an order requiring Plaintiff to update his address no later than September 10, 2026. ECF No. 5. As a one-time courtesy, the Clerk of Court sent a copy of the Order to the email address Plaintiff provided on his initial filings. *Id.* The Court's August 13 Order advised Plaintiff that his failure to file an updated address could result in a recommendation to dismiss this matter without prejudice. *Id.* As of the date of this Recommendation, Plaintiff has not complied with the Order or otherwise communicated with the Court.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's Orders.

DATED this 16th day of September, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Under Local Rule IB 3-2, any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court holds

the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). The Ninth Circuit also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).