UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEFFREY M. WILTSE,<br>Plaintiff,<br>v.<br>UHS OF SPRING MOUNTAIN, INC.; LINDY LAY,<br>Defendant. | Case No. 2:26-cv-02330-JAD-EJY<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND CLOSING CASE**<br><br>**ECF Nos. 1, 6** |

On 9/16/26, the magistrate judge entered this order, report, and recommendation [ECF No. 6]:

Plaintiff initiated this lawsuit on July 30, 2026 with an application to proceed *in forma pauperis* and a civil rights complaint. ECF Nos. 1, 1-1. Thereafter, the Clerk of Court mailed Plaintiff a notice relating to case assignment; however, because the address Plaintiff provided stated only "Las Vegas, NV," the mail was returned as undeliverable. ECF Nos. 1-1, 4. Thus, on August 13, 2026, the Court issued an order requiring Plaintiff to update his address no later than September 10, 2026. ECF No. 5. As a one-time courtesy, the Clerk of Court sent a copy of the Order to the email address Plaintiff provided on his initial filings. *Id.* The Court's August 13 Order advised Plaintiff that his failure to file an updated address could result in a recommendation to dismiss this matter without prejudice. *Id.* As of the date of this Recommendation, Plaintiff has not complied with the Order or otherwise communicated with the Court.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's Orders.

DATED this 16th day of September, 2026.

**ORDER**

The deadline for anyone to object to this recommendation was 9/30/2026, and no party filed anything or asked to extend the deadline to do so. With good cause appearing, IT IS ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 6] is ADOPTED** in its entirety; and for the reasons stated in the report and recommendation, **THIS CASE IS DISMISSED** without prejudice for failure to comply with a court order; the motion for leave to proceed in forma pauperis **[ECF No. 1] is DENIED as moot.** The Clerk of Court is directed to **CLOSE THIS CASE.**



U.S. District Judge Jennifer A. Dorsey
Dated: October 5, 2026